UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA RAZAVI,<br><br>  Plaintiff,<br><br>  v.<br><br>HOLBORN, et al.,<br><br>  Defendants. | Case No. 18-cv-07410-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 9 |

  Magistrate Judge Nathaniel Cousins previously screened Plaintiff Melina Razavi's complaint under 28 U.S.C. § 1915, finding that Razavi failed to state a claim, but granting leave to amend by January 25, 2019. ECF No. 5. When Razavi did not amend, Judge Cousins filed a report and recommendation to dismiss without prejudice. ECF No. 6. Razavi did not object.

  The Court adopted the report in its entirety and dismissed Razavi's complaint, granting her leave to amend by March 22, 2019. ECF No. 9. The Court cautioned that "[f]ailure to do so, or failure to otherwise comply with this order, will result in dismissal with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which means that Razavi will not be allowed to pursue this claim any further." *Id.* at 1. Razavi still did not file an amended complaint.

  Accordingly, the Court hereby dismisses this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close the file.

  **IT IS SO ORDERED.**

Dated: April 9, 2019

                _____
                JON S. TIGAR
                United States District Judge